United States District Court
Southern District of Texas
**ENTERED**
January 16, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| JEYSON ESTUARDO TOBAR TOVAR, | § § § | CIVIL ACTION NO. 4:25-cv-6056 |
| Petitioner, | § § | |
| vs. | § § | JUDGE CHARLES ESKRIDGE |
| KRISTI NOEM, et al., | § § § | |
| Respondents. | § § § | |

## ORDER

The Court has considered the Agreed Motion for Entry of Schedule. The following schedule shall govern this case:

1. Federal Respondents shall respond to the habeas petition and move dispositively by January 9, 2026.

2. Petitioner will file a response by January 21, 2026.

3. Federal Respondents will file any reply by January 27, 2026.

SO ORDERED.

Signed on  January 15, 2026 , at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge